**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 04:04 PM December 29, 2017**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JOSEPH A. CIPRIANI, | ) | CASE NO. 17-61982-rk |
| | ) | |
| Debtor. | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | **ORDER DENYING CONFIRMATION** |
| | ) | **OF CHAPTER 13 PLAN** |

    For the reasons discussed in the accompanying memorandum of opinion, the court **DENIES** confirmation of the Chapter 13 plan. Debtor shall have twenty-one days from the filing of this order to file an Amended Chapter 13 Plan with the court for consideration by the parties. If no amended plan is filed, the case will be dismissed.

1

It is so ordered.

$$\#\quad\#\quad\#$$

**Service List:**

**Joseph A. Cipriani**
2026 Graham Road
Lexington, OH 44904

**R. Joshua Brown**
32 Lutz Avenue
Lexington, OH 44904

**Toby L. Rosen**
400 W. Tuscarawas Street
Citizens Bank Bldg, 4th Floor
Canton, OH 44702

**Eric S. Miller**
13 Park Avenue West
Suite 608
Mansfield, OH 44902