# United States Bankruptcy Court
FOR THE
NORTHERN DISTRICT OF OHIO

IN RE: JOSEPH A. CIPRIANI  CASE No. 17-61982

JOSEPH A. CIPRIANI
2026 GRAHAM RD
LEXINGTON, OH 44904-9757

## NOTICE OF INTENT TO PAY CLAIMS

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | DATE FILED | SCHEDULED | ALLOWED | PAY % |
|---|---|---|---|---|---|---|
| | Unsecured | MORRIS W WASYLENKI DDS<br><br>MANSFIELD, OH 44907 | Not Filed | None | None | 0.0000 |
| | Unsecured | CAPITAL ONE BANK<br>PO BOX 85520<br>RICHMOND, VA 23285 | Not Filed | None | None | 0.0000 |
| 001 | Unsecured | FIRST DATA GLOBAL LEASING<br>BY AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | 09/14/2017 | 621.93 | None | 0.0000 |
| 002 | Unsecured | JAMISON WELL DRILLING INC<br>CURRY, ROBY & MULVEY CO., LLC<br>30 NORTHWOODS BLVD, SUITE 300<br>COLUMBUS, OH 43235 | 10/02/2017 | 275.00 | None | 0.0000 |
| 003 | Unsecured | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK, VA 23541 | 12/13/2017 | 2,004.39 | None | 0.0000 |
| 004 | Unsecured | DEBT RECOVERY SOLUTIONS OF OHIO<br>PO BOX 1307<br>MANSFIELD, OH 44901-1307 | 01/31/2018 | 42.00 | None | 0.0000 |
| 005 | Unsecured | DEBT RECOVERY SOLUTIONS OF OHIO<br>PO BOX 1307<br>MANSFIELD, OH 44901-1307 | 01/31/2018 | 369.00 | None | 0.0000 |
| 006 | Unsecured | DEBT RECOVERY SOLUTIONS OF OHIO<br>PO BOX 1307<br>MANSFIELD, OH 44901-1307 | 01/31/2018 | 34.00 | None | 0.0000 |
| 007 | Unsecured | QUANTUM3 GROUP LLC AS AGENT<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 01/31/2018 | 1,061.66 | None | 0.0000 |
| 008 | Secured | RICHLAND BANK<br>A DIVISION OF PARK NATIONAL BANK<br>3 N MAIN ST<br>MANSFIELD, OH 44902 | 03/15/2018 | 93,037.95 | 93,037.95<br>Interest at 4.8750 % | 100.0000 |

# United States Bankruptcy Court
FOR THE
NORTHERN DISTRICT OF OHIO

IN RE: JOSEPH A. CIPRIANI                                                                           CASE No. 17-61982

JOSEPH A. CIPRIANI
2026 GRAHAM RD
LEXINGTON, OH 44904-9757

## NOTICE OF INTENT TO PAY CLAIMS

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | DATE FILED | SCHEDULED | ALLOWED | PAY % |
|---|---|---|---|---|---|---|
| 700 | Attorney | R JOSHUA BROWN<br>32 LUTZ AVE<br>LEXINGTON, OH 44904 | 05/02/2018 | 600.00 | 600.00 | 100.0000 |
| 799 | Attorney | R JOSHUA BROWN<br>32 LUTZ AVE<br>LEXINGTON, OH 44904 | 03/15/2018 | 1,225.00 | 1,225.00 | 100.0000 |

DATED: 06/21/2018                                    Case Totals         99,270.93      94,862.95

### NOTICE

The foregoing is a list of the amounts and classifications of claims as filed and to be paid under the plan. Unless an interested party files an objection, all claims will be allowed and treated in the manner listed above. Any such objection shall conform to the requirements of Rule 3007 and Local Rule 3007.

Toby Rosen
Standing Chapter 13 Trustee
400 Tuscarawas Rd.
Suite 400
Canton, OH 44702-1914

## Certificate of Service

I certify that on this day, 06/21/2018, the above pleading was electronically transmitted via the Court's CM/ECF system to the following who is/are listed on the Court's Electronic Mail Notice List:

R JOSHUA BROWN

I further certify that the following parties were sent notice by regular U.S. Mail at the specified addresses on the date set forth above.

JOSEPH A. CIPRIANI
2026 GRAHAM RD
LEXINGTON, OH 44904-9757

/s/Toby Rosen
Toby Rosen, Charter 13 Trustee